# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2449
Lower Tribunal No. 2021-CA-002765-0001-XX

_____

JOHN DOE,

Appellant,

v.

THOMAS S. MONAGHAN, an individual, and AVE MARIA SCHOOL OF LAW, INC.,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


John Doe, Tallahassee, pro se.

Marshall Bender and Courtney Bullock, of Dentons Cohen & Grigsby P.C., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED